**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**              **Case No.: 2:13-cr-137**
                               **Case No.: 2:20-cv-3161**

      **v.**
                               **JUDGE EDMUND A. SARGUS, JR.**
**NATHANIEL J. BLASKIS,**         **Magistrate Judge Elizabeth P. Deavers**

      **Defendant.**

## ORDER

Defendant/Petitioner filed a Motion to Vacate filed under 28 U.S.C. § 2255 (ECF No. 35) to which the Government Replied (ECF No. 38).  The Government agreed that "the motion to vacate should be granted and that a resentencing hearing should be scheduled."  (Resp. at 1, ECF No. 38.)  The Court therefore **GRANTS** Mr. Blaskis' Motion to Vacate.  (ECF No. 35.)  The Court has since resentenced Mr. Blaskis.  (ECF No. 44.)  The Clerk is **ENTER JUDGMENT in** favor of Petitioner in the civil habeas case.

     **IT IS SO ORDERED.**

**9/25/2023**                           **s/Edmund A. Sargus, Jr.**
**DATE**                               **EDMUND A. SARGUS, JR.**
                                      **UNITED STATES DISTRICT JUDGE**